# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gibney, John A. | District Court-Eastern District of Virginia | 07/18/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
701 East Broad Street
Suite 6014
Richmond, Virginia 23219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Lawyers Helping Lawyers |
| 2. | Adjunct Faculty Member | College of William and Mary |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/18/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | College of William and Mary salary for teaching | $2,999.97 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Hanover County Attorney's Office - Salary |
| 2. | 2017 | Executor's fee decedent's estate |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/18/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | C | Dividend | L | T | | | | | |
| 2. Coca-Cola | A | Dividend | K | T | Sold (part) | 04/03/17 | J | C | |
| 3. CSX | C | Dividend | M | T | Sold (part) | 04/03/17 | K | D | |
| 4. | C | Dividend | | | Sold (part) | 08/08/17 | K | E | |
| 5. | C | Dividend | | | Donated (part) | | | | |
| 6. | C | Dividend | | | Donated (part) | | | | |
| 7. | C | Dividend | | | Donated (part) | | | | |
| 8. Exxon | D | Dividend | M | T | Sold (part) | 08/08/17 | K | D | |
| 9. | D | Dividend | | | Donated (part) | | | | |
| 10. Henrico Cty Dev. Auth. for VA United Methodist Home Bonds | A | Interest | | | Redeemed | 06/01/17 | K | A | |
| 11. Intel | A | Dividend | J | T | Donated (part) | | | | |
| 12. PNC Financial Services Common Stock | B | Dividend | L | T | | | | | |
| 13. PPL Corp | B | Dividend | L | T | | | | | |
| 14. Weyerhauser | B | Dividend | K | T | | | | | |
| 15. American Funds, AMCAP CL A (Note 7) | A | Dividend | L | T | | | | | |
| 16. American Funds, American Balanced Fund Cl A | A | Dividend | K | T | | | | | |
| 17. American Funds, American Mutual Fund Cl A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American funds, Capital World Growth and Income Fund | A | Dividend | K | T | | | | | |
| 19. American Funds, Fundamental Investors Fund Cl A | A | Dividend | K | T | | | | | |
| 20. American Funds, New Perspective Fund Cl A | A | Dividend | L | T | | | | | |
| 21. American Funds, New World Fund CL A | A | Dividend | K | T | | | | | |
| 22. American Funds, Washington Mutual Investors Fund Cl A | B | Dividend | L | T | | | | | |
| 23. BB&T Interest Account | A | Interest | J | T | | | | | |
| 24. Vanguard Total Stock Mket Idx | A | Dividend | K | T | | | | | |
| 25. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 26. Bank of America Bank Accounts | A | Interest | J | T | | | | | |
| 27. Northwestern Mutual Whole Life Insurance Policy | E | Dividend | N | T | | | | | |
| 28. Trust 1(H)(note 3)(Y) | | | | | | | | | |
| 29. Trust 2(H)(note 3)(Y) | | | | | | | | | |
| 30. Trust 4(H)(note 4)(Y) | | | | | | | | | |
| 31. IRA 1(H) | | | | | | | | | |
| 32. -American Electic Power Co. | A | Dividend | J | T | | | | | |
| 33. -John Hancock Income Securities Trust Fund | A | Dividend | J | T | | | | | |
| 34. -Monmouth Real Estate Investment Corp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -American Funds, Amcap Cl A Fund | A | Dividend | K | T | | | | | |
| 36. -American Funds, American Balanced Cl A Fund | A | Dividend | J | T | | | | | |
| 37. -American Funds, American Mutual Fund Cl F3 (note 6) | A | Dividend | K | T | | | | | |
| 38. -American Funds, Capital World -Growth and income Cl A Fund | A | Dividend | K | T | | | | | |
| 39. -American Funds, Fundamental Investors Cl A Fund | A | Dividend | K | T | | | | | |
| 40. -American Funds, New Perspective Cl A Fund | A | Dividend | K | T | | | | | |
| 41. -American Funds, New World Cl A Fund | A | Dividend | J | T | | | | | |
| 42. -American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 43. -American Funds, Small Cap World | A | Dividend | J | T | | | | | |
| 44. -BB&T Interest Bearing Account | A | Interest | J | T | | | | | |
| 45. IRA 2(H) | | | | | | | | | |
| 46. -American Funds, Amcap Cl A Fund | B | Dividend | L | T | | | | | |
| 47. -American Funds, American Balanced Cl A Fund | B | Dividend | L | T | | | | | |
| 48. -American Funds, American Mutual Cl A Fund | B | Dividend | L | T | | | | | |
| 49. -American Funds, Capital World -Growth and income Cl A Fund | B | Dividend | L | T | | | | | |
| 50. -American Funds, Fundamental Investors Cl A Fund | B | Dividend | L | T | | | | | |
| 51. -American Funds, Growth Fund of America Cl A Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Funds, New Perspective Cl A Fund | A | Dividend | L | T | | | | | |
| 53. -American Funds, New World Cl A Fund | A | Dividend | K | T | | | | | |
| 54. -American Funds Small Cap World | A | Dividend | K | T | | | | | |
| 55. -Cisco Systems, Inc. | A | Dividend | K | T | | | | | |
| 56. -Corning, Inc. | A | Dividend | J | T | | | | | |
| 57. -Exxon | A | Dividend | K | T | | | | | |
| 58. -Microsoft | A | Dividend | K | T | | | | | |
| 59. -Proctor & Gamble | A | Dividend | J | T | | | | | |
| 60. -Qiagen NV Regular Shares | A | Dividend | K | T | | | | | |
| 61. -Sector Technology Select Sector SPDR | A | Dividend | J | T | | | | | |
| 62. -Teva Pharmaceutical | A | Dividend | | | Sold | 07/19/17 | J | A | |
| 63. -Triangle Capital Corp. | A | Dividend | J | T | | | | | |
| 64. -Walgreen Company | A | Dividend | J | T | | | | | |
| 65. -BB&T Interest Bearing Account | A | Interest | K | T | | | | | |
| 66. IRA 3(H) | | | | | | | | | |
| 67. -Vanguard Total Stock Mkt Index | A | Dividend | L | T | | | | | |
| 68. IRA 4(H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -American Funds Amcap Cl A Fund | A | Dividend | K | T | | | | | |
| 70. -American Funds American Balanced Fund Cl A | A | Dividend | K | T | Buy (add'l) | 06/05/17 | J | | |
| 71. -American Funds American Mutual Cl A | A | Dividend | K | T | Buy (add'l) | 06/05/17 | J | | |
| 72. -American Funds Capital World Growth and Income Cl A | A | Dividend | K | T | | | | | |
| 73. -American Funds Fundamental Investors Cl A (Note 2) | A | Dividend | K | T | Sold (part) | 06/05/17 | J | | |
| 74. -American Funds Growth Fund of America Cl A | A | Dividend | J | T | Sold (part) | 06/05/17 | J | | |
| 75. -American Funds New Perspective Fund Cl A | A | Dividend | K | T | Sold (part) | 06/05/17 | J | | |
| 76. -American Funds New World Cl A | A | Dividend | J | T | | | | | |
| 77. -American Funds American Small Cap World Cl A | A | Dividend | J | T | | | | | |
| 78. 457 Plan (note 1)(H) | | | | | | | | | |
| 79. -Lincoln Stable Value Mutual Fund | A | Interest | L | T | | | | | |
| 80. -Am FDS Europacific GR R4 | A | Dividend | L | T | | | | | |
| 81. -Mainstay Large Cap Growth Fund Class R1 (note 5) | B | Dividend | | | Sold | 04/06/17 | K | | |
| 82. -JP Morgan Us Equity | A | Dividend | K | T | Buy | 04/06/17 | K | | |
| 83. -Invesco Equity Income | B | Dividend | L | T | | | | | |
| 84. -Vanguard Mid Cap Index ADM | C | Dividend | L | T | | | | | |
| 85. -Vanguard Total Bond | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Institutional Index | D | Dividend | L | T | | | | | |
| 87. Trust 3(H)(note 4)(Y) | | | | | | | | | |
| 88. Virginia Credit Union Bank Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 07/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII Line 79. In 457 plan, monthly purchases occurred from employer and employee contributions related to salary.

2. Part VII beginning at Line 72 and following in all sales of mutual funds. The amounts in mutual funds are based in part of reinvestment of dividends. For mutual funds held in IRAs and 457 account, purchases of the funds occurred on a monthly basis over many years. Because of these facts, it is impossible to determine the amount of gain from a sale. No monthly purchase of any particular asset exceeded $1,000.00.

3. Part VII Lines 28 and 29. These are trusts which neither my wife nor I created, from which we did not receive income, and in which we do not hold a beneficial interest. As such they are not reportable. See Updates to Filing Instructions for Calendar Year 2017 Reports. In addition, I distributed all the assets from these trusts in 2016, as reflected on my 2016 report.

4. Part VII Line 30 and 87. These are trusts which neither my wife nor I created, from which we did not receive income, and in which we do not hold a beneficial interest. As such they are not reportable. See Updates to Filing Instructions for Calendar Year 2017 Reports.

5. Part VII Line 82. The 2016 report indicated that Mainstay Large Cap Growth Fund had been sold. The entry should have read that it was "sold part." The remainder was sold in 2017.

6. Part VII Line 37. Amcap Funds American Mutual Fund was inadvertently omitted from prior report.

7. Part VII Line 15 In all mutual funds, dividends are automaticallly reinvested. The purchase of new shares with dividends is not reported, although the income is. See Filing Instructions for Calendar Year 2017 Reports, p. 41.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Gibney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544